

1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
8         SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  | UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2949-W |
| 10 | Plaintiff, | ) I N F O R M A T I O N |
| 11 | v. | ) Title 21, U.S.C., Secs. 952 and |
| 12 | ROMAN ROMAN ROMAN, | ) 960 - Importation of Marijuana (Felony) |
| 13 | Defendant. | ) |
| 14 | | ) |

The United States Attorney charges:

On or about August 4, 2008, within the Southern District of California, defendant ROMAN ROMAN ROMAN, did knowingly and intentionally import approximately 41.74 kilograms (91.82 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 2, 2008 .

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:Imperial
9/2/08